184

Argued March 15, affirmed March 15, petition for rehearing
denied April 6, petition for review denied May 11, 1971

STATE OF OREGON, *Respondent, v.*
LARRY KEITH REDDING, *Appellant.*

482 P2d 192

*Joseph P. Morray,* Corvallis, argued the cause
and filed the brief for appellant.

*Todd G. Brown,* Deputy District Attorney, Corvallis, argued the cause for respondent. With him on
the brief was Frank D. Knight, District Attorney,
Corvallis.

Before Schwab, Chief Judge, and Foley and
Thornton, Judges.

MEMORANDUM DECISION.